OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 787 U.S. POSTAGE >> PITNEY BOWES

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701  $ 000.26⁵
02 1W
0001401623 MAY. 20. 2015

WR-79,786-04

5/13/2015
**Maples, Ronnie Lynn**
Tr. Ct. No. 45329-B
The Court has dismissed your application for writ of habeas corpus without written order; the conviction is for a misdemeanor offense. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 1,3.

Abel Acosta, Clerk

RTS
DISCHARGED

RONNIE LYNN MAPLES
HUGHES UNIT - TDC # 1788448
RT. 2, BOX 4400
GATESVILLE, TX 76597

U T F